IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CURTIS WAGLER; LORI WAGLER; OWEN WAGLER, EMMA WAGLER, and A.W., a minor,<br><br>　　　Plaintiffs,<br><br>v.<br><br>DEPUTY SHERIFF CARLOS LOPEZ; SHERIFF RICH McNAMEE, DEPUTY SHERIFF CHAD DOAK, ZACH WHITE, and HENRY COUNTY, JOHN/JANE DOES 1-10,<br><br>　　　Defendants. | Case No.: 25-cv-00019 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' LOPEZ, MCNAMEE, DOAK AND WHITE'S MOTION FOR ADDITIONAL TIME TO ANSWER AND/OR RESPOND TO COMPLAINT**

　　　NOW COME, Plaintiffs, by and through undersigned counsel, and submit the following response to Defendants' Motion For Additional Time. (Dkt. 4).

　　　1.　　On March 5, 2025, counsel for Plaintiffs advised counsel for Defendants that we cannot agree to an extension until June 15, 2025, however, we will agree to an additional four weeks.

　　　2.　　Defendant County requested an additional 30 days to answer or otherwise plead (Dkt.5), and Plaintiffs did not oppose the request.

　　　3.　　Plaintiffs make this filing to clarify Defendants' motion filed on March 6, 2025 (Dkt. 4), because it fails to state Plaintiffs position and simply states that the motion is partially resisted.

4. Plaintiffs rely on the Court's discretion to determine whether an extension until June 15, 2025, is reasonable under the circumstances.

Respectfully Submitted:

*/s/ Matthew Amarin*
Matthew Amarin
Law Offices of Haytham Faraj, PLLC
1935 W. Belmont Avenue
Chicago, IL 60657
312-635-0800
Haytham@FarajLaw.com
Matthew@Farajlaw.com
Attorneys for Plaintiffs