IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CURTIS WAGLER, LORI WAGLER, OWEN WAGLER, EMMA WAGLER, and A.W., a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEPUTY SHERIFF CARLOS LOPEZ; SHERIFF RICH McNAMEE; DEPUTY SHERIFF CHAD DOAK; ZACH WHITE; and HENRY COUNTY; JOHN/JANE DOES 1-10,<br><br>    Defendants. | NO. 3:25-cv-0019-RGE-WPK<br><br>**NOTICE OF JOINDER IN HENRY COUNTY'S PRE-ANSWER MOTION TO DISMISS** |

Defendants Deputy Sheriff Carlos Lopez, Sheriff Rich McNamee, Deputy Sheriff Chad Doak, and Jailer Zach White (collectively, "the Law Enforcement Defendants") join in Defendant Henry County's Pre-Answer Motion to Dismiss filed April 10, 2025, and assert that Defendant Henry County's arguments regarding Plaintiffs' Iowa constitutional claims and common law torts claims are equally applicable to the Law Enforcement Defendants. Dismissal of both Defendant Henry County and the Law Enforcement Defendants is appropriate.

/s/ Mohammad H. Sheronick
MOHAMMAD H. SHERONICK, AT0007169
MADISON P. HUNTZINGER, AT0016094
    Of
LYNCH DALLAS, P.C.
316 2nd Street SE Suite 124
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone   319.365.9101
Facsimile    319.365.9512
E-Mail       msheronick@lynchdallas.com
               mhuntzinger@lynchdallas.com

ATTORNEYS FOR DEFENDANTS LOPEZ, MCNAMEE, DOAK, AND WHITE