IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CURTIS WAGLER, LORI WAGLER, OWEN WAGLER, EMMA WAGLER, and A.W., a minor, | NO. 3:25-cv-0019-RGE-WPK |
| Plaintiffs, | |
| vs. | **DEFENDANTS' LOPEZ, MCNAMEE, DOAK, AND WHITE'S MOTION TO DISMISS ALL CLAIMS** |
| DEPUTY SHERIFF CARLOS LOPEZ; SHERIFF RICH McNAMEE; DEPUTY SHERIFF CHAD DOAK; ZACH WHITE; and HENRY COUNTY; JOHN/JANE DOES 1-10, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 12, Defendants Deputy Sheriff Carlos Lopez, Sheriff Rich McNamee, Deputy Sheriff Chad Doak, and Jailer Zach White (collectively, "the Law Enforcement Defendants") submit this motion to dismiss all claims asserted by Curtis Wagler, Lori Wagler, Owen Wagler, Emma Wagler, and A.W. (collectively, "the Waglers"). In support, the Law Enforcement Defendants state:

1.    On February 6, 2025, the Waglers initiated this suit in the Iowa District Court for Henry County,[1] which the Law Enforcement Defendants removed to this Court.[2]

---

[1] ECF No. 1-1 at pgs. 4-25.
[2] ECF No. 1.

2.      In their Complaint, the Waglers allege the Law Enforcement Defendants, acting on an allegedly faulty warrant, illegally searched their home and family business and wrongfully arrested them.[3]

3.      Specifically, the Waglers claim the Law Enforcement Defendants violated the United States Constitution, the Iowa Constitution, and Iowa open records laws. The Waglers also make several common law tort claims: malicious prosecution, defamation, battery, assault, and intentional infliction of emotional distress.

4.      The Waglers' Complaint fails to present any justiciable causes of action.

5.      Therefore, the Law Enforcement Defendants move to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6) as:

    a.  The Waglers insufficiently pled Defendant Deputy Chad Doak;

    b.  No constitutional claims can survive because Iowa Constitutional claims are no longer cognizable, and the Law Enforcement Defendants are entitled to qualified immunity for the federal claims;

    c.  No common law tort claims can survive because the Waglers failed to plead the heightened pleading standard under the Iowa Municipal Torts Claims Act; and

    d.  The Waglers fail to state a claim under Iowa's open records laws.

The Law Enforcement Defendants respectfully request that the Court dismiss the Waglers' Complaint in its entirety.

---

[3] ECF No. 1-1 at pgs. 4-25.

  /s/ Mohammad H. Sheronick
MOHAMMAD H. SHERONICK, AT0007169
MADISON P. HUNTZINGER, AT0016094
        Of
LYNCH DALLAS, P.C.
316 2nd Street SE Suite 124
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone    319.365.9101
Facsimile    319.365.9512
E-Mail        msheronick@lynchdallas.com
              mhuntzinger@lynchdallas.com

ATTORNEYS FOR DEFENDANTS LOPEZ,
MCNAMEE, DOAK, AND WHITE