IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CURTIS WAGLER; LORI WAGLER; OWEN WAGLER, EMMA WAGLER, and A.W., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>DEPUTY SHERIFF CARLOS LOPEZ; SHERIFF RICH McNAMEE, DEPUTY SHERIFF CHAD DOAK, ZACH WHITE, and HENRY COUNTY, JOHN/JANE DOES 1-10,<br><br>Defendants. | CASE NO. 3:25-cv-0019-RGE-WPK<br><br>**APPEARANCE OF GRACE E. TOBIN** |

COMES NOW Grace E. Tobin of the firm Dentons Davis Brown PC and hereby enters her Appearance on behalf of Defendant Henry County in the above-captioned matter.

Respectfully submitted,

 /s/Grace E. Tobin
Grace E. Tobin, AT0015791
DENTONS DAVIS BROWN
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone:  (515) 288-2500
Facsimile:   (515) 243-0654
E-mail:  Grace.Tobin@dentons.com

**ATTORNEY FOR DEFENDANT HENRY COUNTY**

#5098872

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings on **February 11, 2026,** by:

| | |
|---|---|
| __ U.S. Mail | __ FAX |
| __ Hand Delivered | __ Overnight Courier |
| __ Federal Express | X Other: CM-ECF/EDMS |

Signature: __/s/ Grace E. Tobin_____