IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CURTIS WAGLER, LORI WAGLER, OWEN WAGLER, EMMA WAGLER, and A.W., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUTY SHERIFF CARLOS LOPEZ; SHERIFF RICH McNAMEE; DEPUTY SHERIFF CHAD DOAK; ZACH WHITE; and HENRY COUNTY; JOHN/JANE DOES 1-10,<br><br>Defendants. | NO. 3:25-cv-0019-RGE-WPK<br><br>**APPEARANCE** |

Wilford H. Stone of Lynch Dallas Legal enters his appearance on behalf of Defendants Deputy Sheriff Carlos Lopez, Sheriff Rich McNamee, Deputy Sheriff Chad Doak and Zach White.

/s/ Wilford H. Stone
WILFORD H. STONE, AT0007699
Of
LYNCH DALLAS LEGAL
316 2nd Street SE Suite 124
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone 319.365.9101
Facsimile 319.365.9512
E-Mail whstone@lynchdallas.com

ATTORNEYS FOR DEFENDANTS LOPEZ, MCNAMEE, DOAK, AND WHITE